M. RICHARD ALVAREZ
ATTORNEY AT LAW, SBN 241343
115 South Church St.
Visalia, California 93291
Telephone:    (559) 622-8801
Facsimile:    (559) 622-8869
Email: mrichardalvarezlawservices@hotmail.com

Attorney for Defendant
ARTURO GUERRERO DELGADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17CR00078 LJO SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| ARTURO GUERRERO DELGADO, | |
| Defendant. | |

Defendant, ARTURO GUERRERO DELGADO, by and through counsel of record, M. RICHARD ALVAREZ, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JEFFREY SPIVAK, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's compliance with all terms of ordered pretrial release, the parties are in agreement and request this Court approve the following modified pretrial release conditions and modifying as follows:

1

**IT IS HEREBY STIPULATED:**

**Defendant ARTURO GUERRERO DELGADO** requests that his conditions of pre-trial- release be modified as follows:

CURFEW: You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other pre-trial release conditions, including location monitoring, shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: June 9, 2017                             Respectfully submitted,


/s/ M. Richard Alvarez
M. RICHARD ALVAREZ
Attorney for Defendant

IT IS SO STIPULATED.

Dated: June 9, 2017                             Respectfully submitted,


/s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney

WHEREAS, the parties are in agreement and stipulated as follows:

IT IS SO ORDERED.

Dated:  **June 9, 2017**                         _____
                                                UNITED STATES MAGISTRATE JUDGE