M. RICHARD ALVAREZ
ATTORNEY AT LAW, SBN 241343
115 South Church St.
Visalia, California  93291
Telephone:    (559) 622-8801
Facsimile:    (559) 622-8869
Email: mrichardalvarezlawservices@hotmail.com

Attorney for Defendant
ARTURO GUERRERO DELGADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NO.: 1:17-cr-00078 LJO SKO** |
| Plaintiff, | **STIPULATED ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| ARTURO GUERRERO DELGADO, et al. | |
| Defendant.                                / | |

Defendant, ARTURO GUERRERO DELGADO, by and through counsel of record, M. RICHARD ALVAREZ, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JEFFREY SPIVAK, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's compliance with all terms of ordered pretrial release, the parties are in agreement and request this Court approve the following modified pretrial release conditions and modifying as follows:

Mr. Delgado is a naturalized citizen with one prior misdemeanor conviction from 2016. He works full time, he has no history of drug use, and Pretrial Services did not recommend the Location Monitoring Component and they do not oppose its removal of component based on

1

Defendant's exemplary compliance. Lastly, Defendant is a machine operator for Mobray's Tree Service and the location monitoring component burdens his employment because he has to go up the mountains to work but then has to come back down daily to comply with Location Monitoring Component, where everyone else on the crew can stay at their accommodations and rest for the next day.

///

///

**IT IS HEREBY STIPULATED:**

**Defendant ARTURO GUERRERO DELGADO** requests that his conditions of pre-trial-release be removed as follows:

The Defendant Shall: You shall participate in the following location monitoring program component and abide by all requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said device s as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other pre-trial release conditions, including location monitoring, shall remain in full force and effect.

///

///

IT IS SO STIPULATED.

Dated: September 23, 2017                Respectfully submitted,


                                         /s/ M. Richard Alvarez
                                         M. RICHARD ALVAREZ
                                         Attorney for Defendant


IT IS SO STIPULATED.

Dated: September 23, 2017                Respectfully submitted,


                                         /s/ Jeffrey Spivak
                                         JEFFREY SPIVAK
                                         ASSISTANT United States Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:     **September 28, 2017**                  /s/ *Sheila K. Oberto*

                                         UNITED STATES MAGISTRATE JUDGE