M. RICHARD ALVAREZ
Attorney at Law, SBN 241343
115 S. Church St.
Visalia, CA 93291
Telephone: (559) 622-8801
Facsimile: (559) 622-8869

Attorneys for Defendant Arturo Delgado

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ARTURO DELGADO,<br><br>                Defendant. | CASE NO. 1:17-CR-00078-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING TO MARCH 3, 2019: ORDER<br><br>DATE: January 28, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Defendant Arturo Delgado, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Sentencing Hearing on January 28, 2019.

2. Counsel has conferred with Government Counsel as well as Probation, and needs additional time to investigate and address a few matters that may materially impact the sentence imposed. I have spoken to Government Counsel and Probation and they are in agreement with a continuance.

3. Thus, the parties request the Court vacate the January 28, 2019 Sentencing hearing date and continue Sentencing to March 3, 2019.

IT IS SO STIPULATED.

1

Dated: December 11, 2018									McGREGOR W. SCOTT
												United States Attorney


												/s/ JEFFREY A. SPIVAK
												JEFFREY A. SPIVAK
												Assistant United States Attorney


Dated: December 11, 2018									/s/ RICHARD ALVAREZ
												RICHARD ALVAREZ
												Counsel for Defendant
												ARTURO DELGADO


**ORDER**

IT IS SO ORDERED. The Sentencing date of January 28, 2019 be vacated and continued to March 3, 2019.

IT IS SO ORDERED.

Dated: **December 12, 2018**			**/s/ Lawrence J. O'Neill**
												UNITED STATES CHIEF DISTRICT JUDGE